IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELISSA PINSON <br> 143 Mike Court <br> Elkton, Maryland 21921 <br><br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -against- <br><br> STATE OF MARYLAND <br> DEPARTMENT OF HEALTH & MENTAL HYGIENE <br> MD HEALTH BENEFIT EXCHANGE <br><br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for Employment Discrimination** <br><br> Case No. __20-1155__ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial:  ■ Yes   ☐ No <br> *(check one)* |

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MELISSA PINSON |
   | Street Address | 143 Mike Court |
   | City and County | Elkton - Cecil County |
   | State and Zip Code | Maryland 21921 |
   | Telephone Number | (917) 417-7341 |
   | E-mail Address | mel9844@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | STATE OF MARYLAND - Department of Health and Mental Hygiene |
   | Job or Title (if known) | Serve on: Nancy Kopp, Treasurer |
   | Street Address | 80 Calvert Street |
   | City and County | Annapolis - Anne Arundel County |
   | State and Zip Code | Maryland 21401 |
   | Telephone Number | |
   | E-mail Address (if known) | |

2

Defendant No. 2

| | |
|---|---|
| Name | MARYLAND HEALTH BENEFIT EXCHANGE |
| Job or Title (if known) | Serve on: MHBE Board of Trustees |
| Street Address | 4201 Patterson Avenue |
| City and County | Baltimore - Baltimore City |
| State and Zip Code | Maryland 21215 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | MARYLAND HEALTH BENEFIT EXCHANGE (MHBE) |
| Street Address | 750 East Pratt Street, 5th Floor |
| City and County | Baltimore, Baltimore City |
| State and Zip Code | Maryland 21202 |
| Telephone Number | 410-547-1838 |

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☒ Other federal law *(specify the federal law)*:
    FMLA (29 U.S. 2601, et seq.)

- ☒ Relevant state law *(specify, if known)*:
    Md. Code, Ann., State Gov't Article, 20-601, et seq.

- ☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
   2015 - 2016 (mostly 2016)

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  Cancer diagnosis and treatment, breathing/asthma

5

E. The facts of my case are as follows. Attach additional pages if needed.

After taking my position with Employer (MHBE), I became disabled as prescribed under the ADA (cancer diagnosis).

I was able to perform regardless of my disability(ies). Despite keeping my Employer informed of my disability, and requesting reasonable accommodation,

I was, among other things, alienated, treated differently than other employees, discriminated against,

refused accommodation requests, received adverse reviews, had my earnings and/or benefits reduced, etc.

Authorized absence periods under the FMLA were withdrawn without adequate explanation. I was given poor

reviews in retaliation and ultimately fired.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March, 2016

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)* February 6, 2020 (my attorney received on February 5, 2020).

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of Employer's actions, I incurred, and am still incurring, actual damages, including, but not limited to, lost back pay, lost front pay, lost opportunity for additional pay/benefits, medical bills and expenses for psychotherapy, asthma/breathing treatments, missed cancer treatments, and the like. Some expenses continue today for the depression and anxiety medical care, etc. My related medical expenses are approximately $10,000.00. I lost approximately $15,000.00+ in pay-related damages. I am also claiming compensatory, and punitive, damages totaling $350,000.00 for the intentional, malicious actions of Employer/Employer's agents against me.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff  
Printed Name of Plaintiff   MELISSA PINSON

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: May 5, 2020

Signature of Attorney  
Printed Name of Attorney   FREDERIC L. COOK III  
Bar Number   17919  
Name of Law Firm   Law Office of Guy M. Craig  
Address   3635 Old Court Road, Suite 201, Pikesville, MD 21208  
Telephone Number   443-579-4891  
E-mail Address   fredcookesq@gmail.com

8