IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELISSA PINSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-20-1155 |
| STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

***

# **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 13th day of October, 2021, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendants the State of Maryland (the "State") and the Maryland Health Benefit Exchange's (the "Exchange") Motion to Dismiss (ECF No. 21) is GRANTED;

IT IS FURTHER ORDERED that Pinson's claims under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12112 et seq. ("ADA"), and the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 et seq. ("FMLA"), are DISMISSED with prejudice;

IT IS FURTHER ORDERED that Pinson's claim under the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't § 20-601 et seq. ("MFEPA"), is DISMISSED without prejudice for lack of subject-matter jurisdiction; and

IT IS FURTHER ORDERED that Clerk shall CLOSE this case.

/s/
George L. Russell, III
United States District Judge